UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA DAZA,
    Plaintiff,
And all other similarly situated under 29 USC 216(B).
    vs.

NICOLAS BUSINESS GROUP, INC.
WALID SABBAGH
    Defendants

Case No.: 08-20921-CIV-HOEVELER

**CLOSED CIVIL CASE**

## FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C 216(b) AS TO DEFENDANTS FOR CLAIM, FEES AND COSTS

Pursuant to 29 U.S.C. 216(b) it is hereby ordered and adjudged that the Plaintiff, c/o the Client Trust Account of J.H. Zidell P.A., take the following sums from Defendants NICOLAS BUSINESS GROUP, INC. and WALID SABBAGH jointly and severally, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue:

**Overtime Claim:**

Amount of half time per hour not compensated: $4.25
Weeks: 53
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $4,505 X 2 = $9,010

**Fees and Costs:**

Further, pursuant to the Fair Labor Standards Act, Plaintiff's counsel J.H. Zidell, Esq. c/o J.H. Zidell, P.A. shall take the sum of $3,187 as fees and costs, from Defendants NICOLAS BUSINESS GROUP, INC. and WALID SABBAGH jointly and severally, the which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue:

DONE AND ORDERED in Chambers, Dade County, Fla. on this 27th day of August, 2009.

_____
Wm D Hoeveler
U.S. DISTRICT COURT JUDGE

Copies to:   Counsel of Record
             Defendants